**Richard Owen LOW, Appellant,**

v.

**Norman C. STEIMEL, III Commissioner and Frank A. Conrad, Assoc. Cir. Judge, Div. 4, St. Charles County, MO., Respondents.**

**No. WD 66459.**

Missouri Court of Appeals, Western District.

Aug. 29, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 2006.

Richard Owen Low, Jefferson City, MO, pro se.

Shawn R. McCall, Jefferson City, MO, for respondents.

Before HAROLD L. LOWENSTEIN, P.J., PAUL M. SPINDEN, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Richard Low appeals the denial of his declaratory judgment action. The circuit court found that Mr. Low lacked standing because he did not possess a legally protected interest in the property at stake, and, therefore, was not entitled to judgment in his favor.

---

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).